UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:17-CR-131 |
| | ) | |
| CHARLES KOERNER | ) | |

## ORDER

This criminal matter is before the Court to consider the Report and Recommendation ("R & R") of the United States Magistrate Judge dated August 29, 2018, [Doc. 84]. In that R & R, the Magistrate Judge recommends that the defendant's motion to suppress statements, [Doc. 81], be granted. Neither party has filed objections to the R & R, and the time for doing so has passed.

After careful consideration of the record as a whole, and after careful consideration of the R & R, and for the reasons set out in the R & R which are incorporated by reference herein, it is hereby **ORDERED** that the R & R, [Doc. 84], is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress statements, [Doc. 81], is **GRANTED**. The defendant's December 3, 2017 statement shall be inadmissible in the government's case-in-chief.

ENTER:

                                                              s/J. RONNIE GREER
                                               UNITED STATES DISTRICT JUDGE